IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

**SHELIA HALLMAN-WARNER and
ROSCOE OLIVER WARNER,**

    **Plaintiffs,**

v.                                    **CIVIL ACTION NO. 1:17-02882**

**BLUEFIELD STATE COLLEGE, et al.,**

    **Defendants.**

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendants' (1) Motion to Dismiss the Complaint, (ECF No. 28), (2) Motion to Strike Reply to Response, (ECF No. 37), and (3) Motion to Strike Plaintiffs' Supplement to Complaint, (ECF No. 41). By Standing Order, this matter was referred to United States Magistrate Judge Cheryl A. Eifert for submission of findings and recommendations regarding disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). ECF. No. 9. Magistrate Judge Eifert submitted to the court her Proposed Findings and Recommendation on January 19, 2018, in which she recommended that the district court (1) grant defendants' motion to strike plaintiffs' reply to defendants' response, (2) deny defendants' motion to strike plaintiffs' supplement, and (3) grant defendants' motion to dismiss. See ECF No. 48.

In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge

Eifert's Findings and Recommendation.  The failure to file such
objections constitutes a waiver of the right to a de novo review
by this court.  <u>Snyder v. Ridenour</u>, 889 F.2d 1363 (4th Cir.
1989).

Plaintiffs failed to file any objections to the magistrate
judge's Findings and Recommendation within the seventeen-day
period.  Having reviewed the Findings and Recommendation filed
by Magistrate Judge Eifert, the court hereby **ADOPTS** the factual
and legal analysis contained within the Findings and
Recommendation and (1) **GRANTS** defendants' motion to strike reply
to response, (ECF No. 37), (2) **DENIES** defendants' motion to
strike plaintiffs' supplement, (ECF No. 41), and (3) **GRANTS**
defendants' motion to dismiss as follows:

(1) Plaintiffs' Title VII claims are dismissed, with
prejudice;

(2) Plaintiffs' unexhausted claims are dismissed, without
prejudice; and

(3) Plaintiffs' Fourth Amendment and defamation claims are
dismissed, without prejudice, as variation of these
claims may be filed in state court.

<u>See</u> ECF No. 28. Accordingly, the court **DIRECTS** the Clerk to remove
this case from the court's docket.

The Clerk is further directed to forward a copy of this
Memorandum Opinion and Order to counsel of record and
plaintiffs, pro se.

**IT IS SO ORDERED** this 13th day of March, 2018.

        ENTER:

        David A. Faber
        Senior United States District Judge